## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| PLAINTIFF DOE, *individually and on behalf of all others similarly situated,*<br><br>      Plaintiff,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION; JOHNS HOPKINS UNIVERSITY; JOHNS HOPKINS HEALTH SYSTEM CORP.,<br><br>      Defendants. | Civil Action No. 1:23-cv-01933-JRR<br><br>Hon. Julia R. Rubin |

## **ORDER**

UPON CONSIDERATION of the Motion to Stay Deadline to Respond to Complaint ("Motion") filed by Defendants Johns Hopkins Health System Corporation and Johns Hopkins University (collectively, the "Johns Hopkins Defendants"), and any opposition and replies thereto, and there being good cause shown, it on this 4th day of August, 2023 hereby

  **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Johns Hopkins Defendants' deadline to respond to the Complaint is hereby **STAYED**; and it is further

  **ORDERED** that the Johns Hopkins Defendants shall respond to the Complaint within 60 days of this Order.

                /s
                _____
                Hon. George L. Russell, III
                United States District Court Judge