# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PLAINTIFF DOE, individually and on behalf of all others similarly situated,<br>                Plaintiff,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION; THE JOHNS HOPKINS UNIVERSITY; and THE JOHNS HOPKINS HEALTH SYSTEM CORPORATION,<br>                Defendants. | Civil Action No.<br>1:23-cv-01933-GLR |

## **ORDER**

Upon consideration of the parties' Joint Motion to Stay Proceedings, it is this 10th day of August, 2023, HEREBY ORDERED:

That the Motion is hereby GRANTED; and it is further

ORDERED that this action is stayed for thirty (30) days following entry of the Judicial Panel on Multidistrict Litigation's final determination of the Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Centralized Pretrial Proceedings, which was filed July 6, 2023 in the case of *IN RE: MOVEit Customer Data Security Breach Litigation*, No. 3083.

                                                    /s/
                                          George L. Russell, III
                                          United States District Judge